1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff


Arif Virji, Esq. (SBN 130322)
avirji@cmprlaw.com
Justin D. Hein, Esq. (SBN 249275)
jhein@cmprlaw.com
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>      Plaintiff,<br><br>   v.<br><br>WHEELER WINERY, INC., dba Buena Vista Historical Winery, a California Corporation,<br><br>      Defendant. | Case: 4:21-cv-09787-JSW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal                    Case: 4:21-cv-09787-JSW

**<u>STIPULATION</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

Dated: July 11, 2022            CENTER FOR DISABILITY ACCESS

                                By: /s/Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff

Dated: July 11, 2022            CARLE, MACKIE, POWER & ROSS LLP

                                By: /s/Arif Virji
                                    Arif Virji
                                    Attorney for Defendant

2

1

2

3

**SIGNATURE CERTIFICATION**

4

I hereby certify that the content of this document is acceptable to Arif Virji, and that

5

I have obtained authorization to affix their electronic signature to this document.

6

7

Dated: July 11, 2022                    CENTER FOR DISABILITY ACCESS

8

9

By: /s/Amanda Seabock

Amanda Seabock

10

Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3